**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| | |
|---|---|
| In re:<br><br>DARREL J. SMITH, JR.<br>AND<br>KARA R. SMITH<br><br>Debtors. | Chapter 13<br><br>Case No. 22-11338-pmm |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Manufacturers & Traders Trust Company d/b/a M&T Bank ("M&T Bank") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

> Matthew J. Rifino, Esq.
> McCarter & English, LLP
> Renaissance Centre
> 405 N. King Street, Suite 800
> Wilmington, Delaware 19801
> Phone: (302) 984-6300
> Fax: (302) 984-6399
> Email:  mrifino@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

ME1 41288354v.1

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Advance Acceptance is or may be entitled.

Date:  July 11, 2022
      Philadelphia, PA

**McCARTER & ENGLISH LLP**

/s/Matthew J. Rifino
Matthew J. Rifino, Esq. (PA #202052)
Renaissance Centre
405 N. King Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 984-6300
Fax: (302) 984-6399
Email:  mrifino@mccarter.com

*Counsel for M&T Bank*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| In re:<br><br>DARREL J. SMITH, JR.<br>AND<br>KARA R. SMITH<br><br>Debtors. | Chapter 13<br><br>Case No. 22-11338-pmm |

## CERTIFICATE OF SERVICE

I, Matthew J. Rifino., Esquire, certify that on July 11, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance* to be served upon the below listed parties in the manner so indicated.

                                                                            */s/Matthew J. Rifino.*
                                                                            Matthew J. Rifino, Esq. (PA #202052)

| | |
|---|---|
| Darrel J. Smith, Jr.<br>241 Cedar Hollow<br>Manheim, PA 17545<br><br>Kara R. Smith<br>241 Cedar Hollow<br>Manheim, PA 17545<br>**Debtors**<br>*Via First Class Mail* | Thomas W. Fleckenstein, Esq.<br>Thomas W. Fleckenstein Attorney at Law<br>13385 Malleable Road<br>Columbia, PA 17512<br>**Debtors' Counsel**<br>*Via ECF Notification*<br><br>Scott F. Waterman<br>2901 St. Lawrence Ave., Suite 100<br>Reading, PA 19606<br>**Chapter 13 Trustee**<br>*Via ECF Notification*<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>**U.S. Trustee**<br>*Via ECF Notification* |

ME1 41288354v.1