Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11338-PMM**

Darrel J. Smith, Jr.  
Kara R. Smith  
241 Cedar Hollow  
Manheim  PA  17545

Petition Filed Date: 05/24/2022  
341 Hearing Date: 07/19/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $9,683.37 | $0.00 | $0.00 |
| 2 | M&T BANK<br>»» 002 | Unsecured Creditors | $100,526.02 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»» 003 | Unsecured Creditors | $154,934.39 | $0.00 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $288.84 | $0.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $29,351.48 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $12,837.98 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $8,371.10 | $0.00 | $0.00 |
| 8 | PSECU<br>»» 007 | Unsecured Creditors | $11,990.64 | $0.00 | $0.00 |
| 9 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $100.00 | $0.00 | $0.00 |
| 10 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,223.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11338-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $900.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,800.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $54,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.