United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11338-pmm |
| Darrel J. Smith, Jr. | Chapter 13 |
| Kara R. Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 20, 2023 | Form ID: 155 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darrel J. Smith, Jr., Kara R. Smith, 241 Cedar Hollow, Manheim, PA 17545-9010 |
| 14708776 | + | Brad Kubisiak, Esq. Deputy Attorney, Commonwealth of PA, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14709098 | + | JEANETTE EICHENLAUB, DDS, 90 GOOD DRIVE, #303, LANCASTER, PA 17603-4360 |
| 14693545 | + | Lancaster General, PO Box 3555, Lancaster, PA 17604-3555 |
| 14693544 | + | Lancaster General, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14693546 | + | Lebanon Pathology Associates, 2 Meridian Blvd FL 3, Reading, PA 19610-3202 |
| 14705100 | + | Manufactures & Traders Trust Company, d/b/a M & T Bank, C/O Matthew J. Rifino, Esq., Renaissance Centre, 405 N. King Street, Suite 800 Wilmington, Delaware 19801-3715 |
| 14693548 | + | N Pointe Surg Center, 170 N. Pointe Blvd, Lancaster, PA 17601-4132 |
| 14693549 | + | Orthopedic Assoc. of Lancaster, 212 Willow Valley Lakes Dr., Ste 109, Willow Street, PA 17584-9668 |
| 14693550 | + | PA Central FCU, 959 E. Park Dr., Harrisburg, PA 17111-2894 |
| 14724797 | + | PA Central Federal Credit Union, 959 East Park Drive, Harrisburg PA 17111-2894 |
| 14725123 | + | PA Central Federal Credit Union, C/O BRET PATRICK SHAFFER, 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |
| 14693551 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 14693552 | | Revco Solutions, PO Box 163333, Columbus, OH 43216-3333 |
| 14695348 | + | Rocket Mortgage, LLC, fka Quicken Loans,LLC, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14748846 | + | Wells Fargo N.A., Personal Lending, PO Box 564300, Charlotte NC 28256-4300 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14693540 | | Email/Text: collectors@arresourcesinc.com | Apr 20 2023 23:57:00 | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 14701502 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2023 00:02:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14693541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2023 00:02:18 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14693542 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2023 00:02:28 | Capital One Bank NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14693543 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 00:02:40 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14693547 | | Email/Text: camanagement@mtb.com | Apr 20 2023 23:57:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14696880 | + | Email/Text: camanagement@mtb.com | Apr 20 2023 23:57:00 | M&T Bank, P.O Box 1508, Buffalo, NY 14240-1508 |
| 14704215 | + | Email/Text: bankruptcynotices@psecu.com | Apr 20 2023 23:57:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14702356 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2023 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0313-4 User: admin Page 2 of 3
Date Rcvd: Apr 20, 2023 Form ID: 155 Total Noticed: 34

| Recip ID | Bypass/Type | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14698270 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 00:02:20 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693553 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 20 2023 23:57:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14694919 | ^ | MEBN | Apr 20 2023 23:53:20 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707516 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 20 2023 23:57:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14709219 | + | Email/Text: bncmail@w-legal.com | Apr 20 2023 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14693554 | | Email/Text: bncmail@w-legal.com | Apr 20 2023 23:57:00 | Target Card, PO Box 660170, Dallas, TX 75266-0170 |
| 14693555 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 20 2023 23:57:00 | Transworld System, PO Box 15618, Dept.33, Wilmington, DE 19850-5618 |
| 14693556 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 21 2023 00:02:38 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14695917 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 21 2023 00:02:38 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14702365 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14709222 | *+ | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14709223 | *+ | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 20, 2023 | Form ID: 155 | Total Noticed: 34 |

BRET PATRICK SHAFFER
    on behalf of Creditor PA Central Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MATTHEW RIFINO
    on behalf of Creditor Manufacturers & Traders Trust Company d/b/a M&T Bank MRifino@McCarter.com kmcdonnell@mccarter.com;lharkins@mccarter.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Joint Debtor Kara R. Smith Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Darrel J. Smith  Jr. Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Darrel J. Smith, Jr. and Kara R. Smith
        Debtor(s)                                  Chapter: 13

                                                             Bankruptcy No: 22−11338−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Patricia M. Mayer
                                                                 Judge ,
                                                                 United States Bankruptcy Court