Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11338-PMM**

Darrel J. Smith, Jr.  
Kara R. Smith  
241 Cedar Hollow  
Manheim  PA    17545  

Petition Filed Date: 05/24/2022  
341 Hearing Date: 07/19/2022  
Confirmation Date: 04/20/2023  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $900.00 | | 09/29/2022 | $900.00 | | 11/29/2022 | $900.00 | |
| 01/05/2023 | $900.00 | | 01/23/2023 | $1,350.00 | | 01/25/2023 | $1,350.00 | |
| 03/28/2023 | $750.00 | | 04/14/2023 | $1,800.00 | | 05/25/2023 | $750.00 | |
| 07/05/2023 | $750.00 | | | | | | | |

**Total Receipts for the Period:  $10,350.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $9,683.37 | $0.00 | $9,683.37 |
| 2 | M&T BANK<br>»» 002 | Unsecured Creditors | $100,526.02 | $0.00 | $100,526.02 |
| 3 | M&T BANK<br>»» 003 | Unsecured Creditors | $154,934.39 | $0.00 | $154,934.39 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $29,351.48 | $0.00 | $29,351.48 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $12,837.98 | $6,951.00 | $5,886.98 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $8,371.10 | $0.00 | $8,371.10 |
| 8 | PSECU<br>»» 007 | Unsecured Creditors | $11,990.64 | $0.00 | $11,990.64 |
| 9 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $100.00 | $0.00 | $100.00 |
| 10 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,223.09 | $0.00 | $1,223.09 |
| 11 | JEANETTE EICHENLAUB, DDS<br>»» 010 | Unsecured Creditors | $995.00 | $0.00 | $995.00 |

Chapter 13 Case No. 22-11338-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,100.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $9,489.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $928.50 | Total Plan Base: | $45,600.00 |
| Funds on Hand: | $682.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.