| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-11338-PMM

| | |
|---|---|
| Darrel J. Smith, Jr. | Petition Filed Date: 05/24/2022 |
| Kara R. Smith | 341 Hearing Date: 07/19/2022 |
| 241 Cedar Hollow | Confirmation Date: 04/20/2023 |
| Manheim  PA    17545 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $750.00 | | 09/13/2023 | $750.00 | | 10/10/2023 | $750.00 | |
| 11/06/2023 | $750.00 | | 12/06/2023 | $750.00 | | 01/22/2024 | $750.00 | |
| 03/11/2024 | $750.00 | | 04/22/2024 | $750.00 | | 05/20/2024 | $750.00 | |
| 07/17/2024 | $750.00 | | 07/29/2024 | $1,500.00 | | | | |

**Total Receipts for the Period: $9,000.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $19,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $9,683.37 | $64.99 | $9,618.38 |
| 2 | M&T BANK<br>»» 002 | Unsecured Creditors | $100,526.02 | $674.67 | $99,851.35 |
| 3 | M&T BANK<br>»» 003 | Unsecured Creditors | $154,934.39 | $1,039.82 | $153,894.57 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $29,351.48 | $196.99 | $29,154.49 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $12,837.98 | $12,837.98 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $8,371.10 | $56.18 | $8,314.92 |
| 8 | PSECU<br>»» 007 | Unsecured Creditors | $11,990.64 | $80.48 | $11,910.16 |
| 9 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $100.00 | $100.00 | $0.00 |
| 10 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,223.09 | $0.00 | $1,223.09 |
| 11 | JEANETTE EICHENLAUB, DDS<br>»» 010 | Unsecured Creditors | $995.00 | $0.00 | $995.00 |

**Chapter 13 Case No. 22-11338-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,350.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $17,589.11 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $1,746.00 | Total Plan Base: | $45,600.00 |
| Funds on Hand: | $14.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.