| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 22-11338-PMM**

| | |
|---|---|
| Darrel J. Smith, Jr. | Petition Filed Date: 05/24/2022 |
| Kara R. Smith | 341 Hearing Date: 07/19/2022 |
| 241 Cedar Hollow | Confirmation Date: 04/20/2023 |
| Manheim  PA    17545 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | $1,500.00 | | 11/26/2024 | $750.00 | | 01/02/2025 | $750.00 | |
| 01/28/2025 | $750.00 | | 02/28/2025 | $1,500.00 | | 04/02/2025 | $750.00 | |
| 04/16/2025 | $1,500.00 | | 06/11/2025 | $1,500.00 | | 07/22/2025 | $750.00 | |

**Total Receipts for the Period: $9,750.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $9,683.37 | $340.75 | $9,342.62 |
| 2 | M&T BANK<br>»» 002 | Unsecured Creditors | $100,526.02 | $3,537.56 | $96,988.46 |
| 3 | M&T BANK<br>»» 003 | Unsecured Creditors | $154,934.39 | $5,452.21 | $149,482.18 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $29,351.48 | $1,032.90 | $28,318.58 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $12,837.98 | $12,837.98 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $8,371.10 | $294.58 | $8,076.52 |
| 8 | PSECU<br>»» 007 | Unsecured Creditors | $11,990.64 | $421.97 | $11,568.67 |
| 9 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $100.00 | $100.00 | $0.00 |
| 10 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,223.09 | $34.84 | $1,188.25 |
| 11 | JEANETTE EICHENLAUB, DDS<br>»» 010 | Unsecured Creditors | $995.00 | $32.78 | $962.22 |

**Chapter 13 Case No. 22-11338-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,850.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $26,623.57 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,507.25 | Total Plan Base: | $45,600.00 |
| Funds on Hand: | $719.18 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.