Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Darrel J. Smith, Jr.
Kara R. Smith
241 Cedar Hollow
Manheim, PA 17545

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-11338-PMM**

Petition Filed Date: 05/24/2022
341 Hearing Date: 07/19/2022
Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2025 | $750.00 | | 09/29/2025 | $750.00 | | 11/19/2025 | $1,500.00 | |
| 01/09/2026 | $750.00 | | 01/29/2026 | $750.00 | | 02/19/2026 | $750.00 | |
| 03/31/2026 | $750.00 | | 04/27/2026 | $750.00 | | 06/10/2026 | $1,500.00 | |
| 07/20/2026 | $750.00 | | | | | | | |

**Total Receipts for the Period: $9,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $38,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Unsecured Creditors | $9,683.37 | $595.45 | $9,087.92 |
| 2 | M&T BANK<br>»» 002 | Unsecured Creditors | $100,526.02 | $6,181.71 | $94,344.31 |
| 3 | M&T BANK<br>»» 003 | Unsecured Creditors | $154,934.39 | $9,527.46 | $145,406.93 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $29,351.48 | $1,804.92 | $27,546.56 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $12,837.98 | $12,837.98 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $8,371.10 | $514.77 | $7,856.33 |
| 8 | PSECU<br>»» 007 | Unsecured Creditors | $11,990.64 | $737.37 | $11,253.27 |
| 9 | ROCKET MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $100.00 | $100.00 | $0.00 |
| 10 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $1,223.09 | $72.53 | $1,150.56 |
| 11 | JEANETTE EICHENLAUB, DDS<br>»» 010 | Unsecured Creditors | $995.00 | $50.29 | $944.71 |

**Chapter 13 Case No. 22-11338-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,100.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $34,960.48 | Arrearages: | $750.00 |
| Paid to Trustee: | $3,126.00 | Total Plan Base: | $45,600.00 |
| Funds on Hand: | $13.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.